**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Jorge PEREZ-DIAZ, Defendant-
Appellant.**

No. 16-50229

United States Court of Appeals,
Ninth Circuit.

Submitted April 11, 2017 *

Filed April 24, 2017

Jennifer L. Gmitro, Esquire, Attorney, Ajay Krishnamurthy, Helen H. Hong, Assistant U.S. Attorney, US Department of Justice, Southern District of California, San Diego, CA, for Plaintiff-Appellee

Bridget Lynn Kennedy, Esquire, Trial Attorney, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant-Appellant

Before: GOULD, CLIFTON, and HURWITZ, Circuit Judges.

### MEMORANDUM **

Jorge Perez-Diaz appeals from the district court's judgment and challenges the 18-month custodial sentence and ten-month term of supervised release imposed upon revocation of supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Perez-Diaz contends that the district court procedurally erred by failing to consider his mitigating argument that his underlying deportation order may have been erroneous. We review for plain error, *see United States v. Valencia-Barragan*, 608 F.3d 1103, 1108 (9th Cir. 2010), and conclude that there is none. The record reflects that the district court properly considered Perez-Diaz's arguments and explained sufficiently its determination that an above-Guidelines sentence was warranted in light of his significant criminal and immigration history. *See Rita v. United States*, 551 U.S. 338, 357-58, 127 S.Ct. 2456, 168 L.Ed.2d 203 (2007).

Perez-Diaz next contends that his sentence is substantively unreasonable in light of the mitigating factors. The district court did not abuse its discretion in imposing Perez-Diaz's sentence. *See Gall v. United States*, 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). The sentence is substantively reasonable in light of the 18 U.S.C. § 3583(e) factors and the totality of the circumstances, including the need for deterrence. *See Gall*, 552 U.S. at 51, 128 S.Ct. 586; *United States v. Gutierrez-Sanchez*, 587 F.3d 904, 908 (9th Cir. 2009) ("The weight to be given the various factors in a particular case is for the discretion of the district court.").

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.